AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Adrienne Smalls,<br>*Plaintiff*<br>v.<br>Tyrone Lawrence, Wesley Morgan, Stacia Townsend, City of Charleston,<br>*Defendant(s)* | Civil Action No.   2:23-cv-00885-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Adrienne Smalls, shall take nothing of Defendants, as to the complaint filed pursuant to 42 U.S.C. § 2000 and this action is dismissed for failure to comply with the court's order.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C Norton, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Kaymani D West, United States Magistrate Judge.

Date:   May 3, 2023                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    *s/H.Cornwell*
                                                                    *Signature of Clerk or Deputy Clerk*